828

Daniel TILLI, Appellant,

v.

William REHNQUIST, Chief Justice, et al., Appellees.

No. 02–5359.

United States Court of Appeals, District of Columbia Circuit.

April 2, 2003.

Rehearing Denied June 2, 2003.

Before GINSBURG, Chief Judge, and HENDERSON and RANDOLPH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the appellant's brief. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court judgment issued October 28, 2002, be affirmed. To the extent appellant seeks damages, appellees are immune. *See Stump v. Sparkman,* 435 U.S. 349, 98 S.Ct. 1099, 55 L.Ed.2d 331 (1978). Moreover, the district court and this court lack jurisdiction to review decisions of the United States Supreme Court. *See Marin v. Suter,* 956 F.2d 339, 340 (D.C.Cir.1992) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.